IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CURTIS L. STEIER,<br><br>             Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>             Respondent. | 8:24CV289<br><br>**ORDER** |

This matter is before the Court on case management. On October 17, 2025, Petitioner filed a letter dated October 12, 2025, in response to documents he had received in this case. Filing No. 17. Petitioner is advised that the Court construes his letter as his brief in opposition to Respondent's motion for summary judgment, Filing No. 13, filed on October 3, 2025. Accordingly,

IT IS ORDERED that:

1.   The Court will construe Petitioner's letter filed on October 17, 2025, Filing No. 17, as his brief in opposition to Respondent's summary judgment motion.

2.   The Clerk of Court is directed to set a pro se case management deadline using the following text: **November 17, 2025**: Respondent's reply brief due.

Dated this 20th day of October, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge